**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 05-7308**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REGINALD LAMONT USSERY,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CR-94-95)

─────────

Submitted: January 26, 2006          Decided:  February 1, 2006

─────────

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Reginald Lamont Ussery, Appellant Pro Se.  Christine Blaise Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Lamont Ussery appeals the district court's orders denying relief on his motion to compel the government to file a Fed. R. Crim. P. 35(b) motion on his behalf and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Ussery, No. CR-94-95 (E.D.N.C. July 12 & 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED